UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MILLER, | ) | Case No. EDCV 14-618 GW(JC) |
| Petitioner, | ) | (~~PROPOSED~~) JUDGMENT |
| v. | ) | |
| MARTIN BITER, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: March 29, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE